IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREENWICH SENTRY, L.P., <br> As Debtor and Debtor-in-Possession, <br><br> Plaintiff, <br> v. <br><br> QUANTUM HEDGE STRATEGIES FUND LP, CARL C. GREER TRUST DTD 8/24/82, a/k/a CARL C. GREER TRUST, and BETTER POINT PARTNERS LP, <br><br> Defendants. | Case No. 1:11-cv-01280-RGA <br><br> Judge Richard G. Andrews |

**STATEMENT PURSUANT TO LOCAL RULE 81.2**

Pursuant to District of Delaware Local Rule 81.2, Plaintiff, Greenwich Sentry, L.P. ("GS"), a Delaware limited partnership and debtor and debtor-in-possession in the Chapter 11 bankruptcy proceedings commenced on behalf of GS and Greenwich Sentry Partners, L.P. in the United States Bankruptcy Court for the Southern District of New York, jointly administered under Case No: 10-16229 (BRL) (together with all successors in interest and assigns thereof, the "Plaintiff") and Defendant Carl C. Greer Trust DTD 8/24/82 (the "Defendant", together with the Plaintiff, collectively, the "Parties"), by and through their respective undersigned counsel, identify the following matters requiring judicial action. Following the Defendant filing the notices of removal with respect to this matter, the Parties entered into the Stipulation and Scheduling Order Extending Time (I) for Plaintiff to Respond to (A) Defendant Carl C. Greer Trust DTD 8/24/82'S Motion to Sever Non-Diverse Defendants and (B) Defendant Carl C. Greer Trust DTD 8/24/82's Motion for Transfer of Venue, and (II) for Defendant Carl C. Greer Trust DTD 8/24/82 to Reply to Such Response [D.I. No. 8], which was so ordered by this Court on January 5, 2012 (the "Scheduling Order"). Pursuant to the Scheduling Order, (i) the Plaintiff has

- 2 -

until February 3, 2012, to respond (the "Response") to the Defendant's Motion to Sever Non-Diverse Defendants [D.I. No. 3], Motion for Transfer of Venue [D.I. No. 4], as well as the affidavit and brief submitted in support thereof [D.I. Nos. 5, 6]; (ii) the Defendant has until February 24, 2012 to reply to such Response; and (iii) the deadline for the Defendant's responsive pleading to the complaint originally filed by the Plaintiff in the above-captioned matter in the Court of Chancery of the State of Delaware is February 29, 2012.

[SIGNATURES ON FOLLOWING PAGE]

- 3 -

Dated: January 11, 2012                          Dated: January 11, 2012


*/s/ William D. Sullivan*                        */s/ Thomas F. Driscoll III*
William D. Sullivan (No. 2820)                   Ian Connor Bifferato (No. 3273)
Seth S. Brostoff (No. 5312)                      Thomas F. Driscoll III (No. 4703)
Sullivan Hazeltine Allinson LLC                  Bifferato LLC
901 North Market Street, Suite 1300              800 N. King Street, Plaza Level
Wilmington, Delaware 19801                       Wilmington, Delaware 19801
Telephone: (302) 428-8191                        Telephone: (302) 225-7600
Facsimile: (302) 428-8195                        Facsimile: (302) 254-5383
bsullivan@sha-llc.com                            cbifferato@bifferato.com
sbrostoff@sha-llc.com                            tdriscoll@bifferato.com

            *- and -*                                       *- and -*

Edwards Wildman Palmer LLP                       Wollmuth Maher & Deutsch LLP
Michael Dockterman                               Paul R. DeFilippo
Jonathan W. Young                                Frederick R. Kessler
Chung-Han Lee                                    500 Fifth Avenue
225 West Wacker Drive, 30th Floor                New York, New York  10110
Chicago, IL 60606                                Telephone: (212) 382-3300
Telephone: 312-201-2000                          Facsimile: (212) 382-0050
Facsimile: 312-201-5555                          fkessler@wmd-law.com
mdockterman@edwardswildman.com                   pdefilippo@wmd-law.com
jyoung@edwardswildman.com
clee@edwardswildman.com                          *Attorneys for Plaintiff*

*Attorneys for Defendant,*
*Carl C. Greer Trust DTD 8/24/82*

**Certificate of Service**

   I hereby certify that on this 11th day of January, 2012, a copy of the foregoing *Statement Pursuant to Local Rule 81.2* was served on the parties listed below in the manner indicated.

| | |
|---|---|
| *Via First Class U.S. Mail*<br>Joseph B. Cicero<br>Greenberg Traurig LLP<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801<br>***Counsel for Defendant Quantum Hedge Strategies Fund, LP*** | *Via First Class U.S. Mail*<br>Better Point Partners, L.P.<br>Attn: National Registered Agent, Inc.<br>160 Greentree Drive, Ste. 101<br>Dover, DE 19904<br>***Registered Agent for Better Point Partners, L.P.*** |
| *Via First Class Mail*<br>Edwards Wildman Palmer LLP<br>Michael Dockterman<br>Jonathan W. Young<br>Chung-Han Lee<br>225 West Wacker Drive, 30th Floor<br>***Counsel for Defendant Carl C. Greer Trust Dtd 8/24/82*** | *Via CM/ECF*<br>William D. Sullivan<br>Seth S. Brostoff<br>Sullivan Hazeltine Allinson LLC<br>901 N. Market St., Suite 1300<br>Wilmington, DE 19801<br>***Counsel for Defendant Carl C. Greer Trust Dtd 8/24/82*** |

        /s/ Thomas F. Driscoll III
        Thomas F. Driscoll III (No. 4703)

950451v.1