## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREENWICH SENTRY, L.P. <br> As Debtor and Debtor-in-Possession, <br><br> Plaintiff, <br><br> v. <br><br> QUANTUM HEDGE STRATEGIES FUND, LP, CARL C. GREER TRUST DTD 8/24/82, a/k/a CARL C. GREER TRUST, BETTER POINT PARTNERS LP, <br><br> Defendants. | Case No. 1:11-cv-01280-RGA |

### ORDER

AND NOW, upon consideration of Irving H. Picard's Unopposed Motion for the Substitution of Parties (the "Motion"), filed by Irving H. Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff (the "Trustee"), and good cause for the Motion having been shown,

IT IS HEREBY ORDERED, this 5th day of March, 2012, that the foresaid Motion is GRANTED and the Trustee shall replace Greenwich Sentry, L.P. as Plaintiff and shall be the sole Plaintiff in this matter.

1

01: 11834252.2

IT IS HEREBY FURTHER ORDERED, that the caption in this matter shall be amended as follows:

---

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>QUANTUM HEDGE STRATEGIES FUND, LP, CARL C. GREER TRUST DTD 8/24/82, a/k/a CARL C. GREER TRUST, BETTER POINT PARTNERS LP,<br><br>        Defendants. | Case No. 1:11-cv-01280-RGA |

---

*/s/ Richard G. Andrews*
The Honorable Richard G. Andrews
United States District Judge